(104 So. 352)

### JOHNSON v. STATE. (4 Div. 40.)

(Court of Appeals of Alabama. May 12, 1925.)

Intoxicating liquors ⬦⇒236(4)—Evidence of possession held insufficient to go to jury.

Evidence that whisky was found lying in grass at inside edge of sidewalk adjoining building, that defendant was night watchman and had been within 10 feet of whisky, held insufficient to connect defendant with possession or sale and entitling him to general charge.

Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

John A. Johnson was convicted on a charge of possessing whisky for sale or disposition, and he appeals. Reversed and remanded.

SAMFORD, J. Two half pints and five half pints of whisky were found by the officers lying in the grass at the inside edge of the sidewalk, adjoining a building in Girard, Ala. The defendant was a night watchman and had been within 10 feet of the two pints and 35 to 40 feet of the five pints. This is literally all of the testimony offered by the state tending to connect the defendant with the possession or its sale. The defendant was entitled to the general charge.

The judgment is reversed, and the cause is remanded.

Reversed and remanded.